| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 025180) |
| 2 | KENT LAW OFFICES |
|   | 3219 E. Camelback Rd., #588 |
| 3 | Phoenix, AZ 85018 |
| 4 | Telephone:  (480) 247-9644 |
|   | Facsimile:  (480) 717-4781 |
| 5 | E-mail: tkent@kentlawpc.com |
| 6 | |
| 7 | Of Counsel to: |
|   | Michigan Consumer Credit Lawyers |
| 8 | 22142 West Nine Mile Road |
| 9 | Southfield, MI 48033 |
|   | Telephone:  (248) 353-2882 |
| 10 | Facsimile:  (248) 353-4840 |
| 11 | |
|   | *Attorneys for Plaintiff,* |
| 12 | *Simran Mudher* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simran Mudher, | Case No.:  2:17-cv-02146-GMS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| National Collection Systems, Inc. d/b/a National Credit Management, a Missouri corporation, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, National Collection Systems, Inc., in the above-captioned case have reached a settlement. The

parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant National Collection Systems, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

KENT LAW OFFICES

By: */s/ Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Simran Mudher